FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| K L SHAVERS, for minor child C.S.,<br><br>    Plaintiffs<br><br>v.<br><br>THE PRENTICE HALL CORP. SYSTEM; and WALGREENS COMPANIES 12 E EMPIRE AVE., SPOKANE, WA 99207,<br><br>    Defendants. | No. 2:24-CV-00300-SAB<br><br>**ORDER DISMISSING MATTER WITH PREJUDICE** |

    Before the Court is Defendants' Notice of Noncompliance, ECF No. 20, noting Plaintiff failed to respond to this Court's December 19, 2024, Order, ECF No. 19, directing Plaintiff to show cause why this case should not be dismissed for failure to prosecute by January 10, 2025. Plaintiff is pro se. Defendants are represented by James King.

    Plaintiff failed to meet the Court's deadline and has not filed a response to the Order. The Court has an interest in managing its docket and the prompt resolution of civil matters. *See Destfino v. Reiswig*, 630 F.3d 952, 959 (9th Cir. 2011). In considering a dismissal, the Court looks at factors including risk of prejudice to the defendants, public interest in a timely resolution, and the management of the Court's docket. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642–

**ORDER DISMISSING MATTER WITH PREJUDICE ~ 1**

44 (9th Cir. 2002). Those factors weight in favor of dismissal here.

Pursuant to Fed. R. Civ. P. 41(b) and LCivR 41(b)(1), the Court now dismisses this matter for failure to prosecute and failure to comply with the Court's December 19, 2024, Order. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). A dismissal under Rule 41(b) operates as an adjudication on the merits.

Accordingly, **IT IS HEREBY ORDERED**:

1. This matter is **DISMISSED with prejudice**.
2. The District Court Executive shall enter judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and **Plaintiff by mail** at the address on file, and **close** the file.

**DATED** this 24th day of January 2025.

Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING MATTER WITH PREJUDICE ~ 2**